# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

Ciah Nadin Banks,

        Debtor.
_____/

Ciah Nadin Banks,

        Plaintiff,

v.

United States Department of Education,

        Defendant.
_____/

Case No. 20-41184
Chapter 7
Hon. Mark A. Randon

Adversary Proceeding
Case No. 21-04026

## STIPULATION TO DISMISS THE COMPLAINT
## AGAINST THE UNITED STATES WITHOUT PREJUDICE

The Plaintiff, Ciah Nadin Banks, and the Defendant, United States, on behalf of the Department of Education, hereby stipulate to the following:

On January 20, 2021, Ciah Nadin Banks, ("Plaintiff"), commenced the above captioned adversary proceeding against the United States Department of Education ("Defendant"), in the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division; and

Defendant and Plaintiff have agreed to resolve this dispute through an administrative process; and

So not to burden this Court and the parties with trial preparation, the Plaintiff and Defendant hereby stipulate to the entry of the attached Order Dismissing the Complaint Against the United States Without Prejudice.

/s/Ciah Nadin Banks w/permission
Ciah Nadin Banks
Pro Se
P.O. Box 2373
Detroit, MI 48202
Email: ciahbiz47@gmail.com
Date: July 19, 2021

SAIMA S. MOHSIN
Acting United States Attorney

/s/ John Postulka
JOHN POSTULKA (P71881)
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9118
E-mail: John.Postulka2@usdoj.gov
Date: July 19, 2021

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

Ciah Nadin Banks,

        Debtor.
_____/

Ciah Nadin Banks,

        Plaintiff,

v.

United States Department of Education,

        Defendant.
_____/

Case No. 20-41184
Chapter 7
Hon. Mark A. Randon

Adversary Proceeding
Case No. 21-04026

## ORDER DISMISSING THE COMPLAINT
## AGAINST THE UNITED STATES WITHOUT PREJUDICE

The Plaintiff, Ciah Nadin Banks, and the Defendant, United States, on behalf of the Department of Education,

Ciah Nadin Banks ("Plaintiff"), and the defendant United States, on behalf of the Department of Education ("Defendant"), as parties to this action, having stipulated to dismissal of the complaint without prejudice:

It is hereby ORDERED that:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Bankr. P. 7041, Plaintiff's claims against Defendant in this adversary proceeding are dismissed without prejudice and without costs to any party.